CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

GPGC LIMITED
    Plaintiff(s)

vs.                                                                   Civil Action No. 24-cv-00169

GOV'T OF REPUBLIC OF GHANA
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this **23d** day of **April**, **2024**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **THE GOVERNMENT OF THE REPUBLIC OF GHANA** was [were] (select one):

☐    personally served with process on _____.

☐    served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐    served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

X    Served by court clerk pursuant to 28 U.S.C. 1608(a)(3) on January 29, 2024 (see Dkt. 8)

☑    The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: **28 U.S.C. 1330(b), 1608(a)(3)**.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑    no extension has been given and the time for filing has expired

☐    although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Robert K. Kry
    Attorney for Plaintiff(s) [signature]

Robert K. Kry
MoloLamken LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2011

490545
Bar Id. Number                                                     Name, Address and Telephone Number