Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

GPGC LIMITED

        Plaintiff(s)

v.

Civil Action: 24-cv-00169-JEB

GOVERNMENT OF THE REPUBLIC OF GHANA

        Defendant(s)

**RE:** GOVERNMENT OF THE REPUBLIC OF GHANA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 29, 2024, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of April, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk