## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| GPGC LIMITED,<br><br>            Petitioner,<br>v.<br><br>THE GOVERNMENT OF THE<br>REPUBLIC OF GHANA,<br><br>            Respondent. | No. 1:24-cv-00169-JEB |

## DECLARATION OF SERVICE

ROBERT K. KRY declares as follows pursuant to 28 U.S.C. § 1746:

1.	I am a member of the bar of this Court and represent the petitioner GPGC Limited in this proceeding.

2.	On April 25, 2024, I caused a copy of the Clerk's Entry of Default (Dkt. 10) to be dispatched by Federal Express to respondent The Government of the Republic of Ghana, Hon. Shirley Ayorkor Botchwey, Minister for Foreign Affairs and Regional Integration, Ministry of Foreign Affairs and Regional Integration, Flat 5 Agostinho Neto Rd., Accra, Ghana.

3.	Federal Express reports that the package was delivered on April 29, 2024, and signed for by A. Yidana at the reception / front desk.  A copy of the delivery confirmation is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2024.
New York, New York

_____
Robert K. Kry

**EXHIBIT A**

FedEx

May 02, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 776090171590

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.YIDANA | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | ACCRA, |
| | | **Delivery date:** | Apr 29, 2024 11:16 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 776090171590 | **Ship Date:** | Apr 25, 2024 |
| | | **Weight:** | 0.1 LB/0.05 KG |
| **Recipient:** | | **Shipper:** | |
| ACCRA, GH, | | WASHINGTON, DC, US, | |

| **Reference** | Correspondence |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx