UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GPGC LIMITED,<br><br>　　　　　　　Petitioner,<br>v.<br><br>THE GOVERNMENT OF THE<br>REPUBLIC OF GHANA,<br><br>　　　　　　　Respondent. | No. 1:24-cv-00169-JEB |

### [PROPOSED] ORDER

Upon consideration of the motion for entry of default judgment filed by petitioner GPGC Limited ("GPGC"), the Court concludes:

(1) This Court has subject-matter jurisdiction over this action, personal jurisdiction over respondent The Government of the Republic of Ghana, and venue over this action under 28 U.S.C. §§ 1330(a), 1330(b), and 1391(f)(4);

(2) GPGC duly served respondent under 28 U.S.C. § 1608(a)(3) by causing the Clerk of Court to deliver copies of the summons, petition, and notice of suit to Ghana's Minister for Foreign Affairs and Regional Integration, the head of the ministry of foreign affairs in Ghana, by a suitable form of mail requiring a signed receipt, on January 29, 2024; and

(3) GPGC has established its claim for recognition and enforcement of the arbitration award by evidence satisfactory to the Court as required by 28 U.S.C. § 1608(e).

The Court therefore **ORDERS**:

(1) GPGC's motion for entry of a default judgment is **GRANTED**;

2

(2) the Final Award rendered on January 26, 2021, by a tribunal of the Permanent Court of Arbitration in *GPGC Limited v. Government of the Republic of Ghana*, PCA Case No. 2019-05, is hereby CONFIRMED, RECOGNIZED, and ENFORCED in its entirety;

(3) FINAL JUDGMENT is hereby entered on the Final Award in the form attached, and the Clerk shall note the entry of judgment on the docket; and

(4) GPGC shall serve the judgment on respondent pursuant to 28 U.S.C. § 1608(e).

**SO ORDERED.**

Date: _____                    _____
                                            Honorable James E. Boasberg
                                            United States District Judge

NOTICE TO:

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave. N.W., Suite 500
Washington, D.C. 20037
(202) 556-2011

*Attorney for Petitioner*


The Government of the Republic of Ghana
Hon. Shirley Ayorkor Botchwey
Minister for Foreign Affairs and Regional Integration
Ministry of Foreign Affairs and Regional Integration
Flat 5 Agostinho Neto Rd.
Accra, Ghana

*Respondent*