UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GPGC LIMITED,

            Petitioner,

v.                                                                    No. 1:24-cv-00169-JEB

THE GOVERNMENT OF THE
REPUBLIC OF GHANA,

            Respondent.

## [PROPOSED] JUDGMENT

Judgment is hereby entered in favor of petitioner GPGC Limited and against respondent The Government of the Republic of Ghana in the amount of USD $111,493,828.92 as of June 7, 2024.

Post-judgment interest shall accrue as provided by 28 U.S.C. § 1961(a).

Date: _____                     _____
                                                                   Honorable James E. Boasberg
                                                                   United States District Judge

NOTICE TO:

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave. N.W., Suite 500
Washington, D.C. 20037
(202) 556-2011

*Attorney for Petitioner*


The Government of the Republic of Ghana
Hon. Shirley Ayorkor Botchwey
Minister for Foreign Affairs and Regional Integration
Ministry of Foreign Affairs and Regional Integration
Flat 5 Agostinho Neto Rd.
Accra, Ghana

*Respondent*