UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GPGC LIMITED,**

    Petitioner,

    v.

**THE GOVERNMENT OF THE REPUBLIC OF GHANA,**

    Respondent.

Civil Action No. 24-169 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Petitioner's [15] Motion for Default Judgment is GRANTED;

2. Petitioner is awarded $111,493,828.92; and

3. Post-judgment interest shall accrue as provided by 28 U.S.C. § 1961.

                                                /s/ *James E. Boasberg*
                                                JAMES E. BOASBERG
                                                Chief Judge

Date: August 6, 2024