UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GPGC LIMITED,<br><br>                Petitioner,<br>v.<br><br>THE GOVERNMENT OF THE<br>REPUBLIC OF GHANA,<br><br>                Respondent. | No. 1:24-cv-00169-JEB |

**[PROPOSED] JUDGMENT**

Judgment is hereby entered in favor of petitioner GPGC Limited and against respondent The Government of the Republic of Ghana in the amount of USD $113,530,980.96 as of August 23, 2024.

Post-judgment interest shall accrue as provided by 28 U.S.C. § 1961(a).

Date: _____  _____

                                                                             Honorable James E. Boasberg
                                                                             United States District Judge

NOTICE TO:

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave. N.W., Suite 500
Washington, D.C. 20037
(202) 556-2011

*Attorney for Petitioner*


The Government of the Republic of Ghana
Hon. Shirley Ayorkor Botchwey
Minister for Foreign Affairs and Regional Integration
Ministry of Foreign Affairs and Regional Integration
Flat 5 Agostinho Neto Rd.
Accra, Ghana

*Respondent*