# EXHIBIT E



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13704
November 13, 2023

GPGC Ltd.
c/o Christopher Bailey
Stephenson Harwood (Singapore) Alliance
8 Marina Boulevard, #29-01
Marina Bay Financial Centre Tower 1
Singapore 018981

**INVOICE**
**For Services Through October 31, 2023**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|-------------|--|-------|
| 10/6/2023 | Kry | Review materials; emails re: English proceedings. | 0.30 |
| 10/9/2023 | Kry | Review & analyze award, contract, English filings; formulate enforcement strategy; emails with Singapore counsel. | 6.00 |
| 10/10/2023 | Kry | Call scheduling; call with Stephenson Harwood. | 1.60 |
| 10/11/2023 | Dayton | Conduct legal research re: █████████████ ███████████████████. | 3.30 |
| 10/11/2023 | Kry | Research direction to L. Dayton; review L. Dayton research re: ████ ████████; draft responses to client questions; proof responses & send to client. | 1.80 |
| 10/12/2023 | Kry | Email from counsel; confer with C. Bailey re: items needed for petition. | 0.50 |
| 10/13/2023 | Kry | Emails with client re: interest; draft litigation hold letter; proof same & send to client. | 1.00 |
| 10/15/2023 | Kry | Draft declarations for petition. | 1.00 |
| 10/16/2023 | Kry | Respond to client inquiry re: ██████████████. | 0.50 |
| 10/17/2023 | Kry | Draft & revise declarations; circulate to co-counsel; review interest calculations & analysis re: same. | 3.80 |
| 10/18/2023 | Kry | Work on interest calculations; email co-counsel re: same; draft petition. | 2.30 |
| 10/20/2023 | Kry | Emails re: interest. | 0.10 |
| 10/21/2023 | Kry | Draft petition. | 4.00 |
| 10/22/2023 | Kry | Draft petition; direction to L. Dayton re: research. | 1.80 |
| 10/23/2023 | Dayton | Legal research re: objections to confirmation. | 4.10 |
| 10/23/2023 | Kry | Draft petition; research for petition; Review L. Dayton research & confer with same. | 4.00 |
| 10/24/2023 | Kry | Draft petition; incorporate L. Dayton research; further research for petition; respond to co-counsel email; revise petition; circulate draft to co-counsel. | 5.80 |
| 10/25/2023 | Kry | Emails re: draft declarations. | 0.10 |

MoloLamken LLP                                                                                    Page: 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/26/2023 | Kry | Emails with co-counsel. | 0.10 |
| 10/28/2023 | Kry | Implement co-counsel comments to declarations, petition; confer with same. | 2.00 |
| 10/29/2023 | Kry | Co-counsel email. | 0.10 |
| 10/30/2023 | Kry | Email re: draft declarations; work on exhibits; draft Kry declaration; prepare exhibits for same; revise & circulate to client; direction re: cite check; revise petition; further direction re: cite-check. | 3.50 |
| 10/31/2023 | Fay | Perform legal cite check of Petition for Enforcement of Arbitral Award. | 5.00 |
| 10/31/2023 | Kry | Emails re: interest calculation & outstanding issues; incorporate cite check changes to petition & circulate to co-counsel; draft notice of suit; draft proposed order & judgment; circulate same. | 2.30 |

|  |  | Total Hours | 55.00 |
|---|---|---|---|
|  |  | Total Fees | $61,348.00 |

**Timekeeper Summary**

| Name | Hours/Rate | Amount |
|---|---|---|
| Lauren Dayton | 7.40 hours at 895.00/hr | 6,623.00 |
| Natalie Fay | 5.00 hours at 295.00/hr | 1,475.00 |
| Robert Kry | 42.60 hours at 1,250.00/hr | 53,250.00 |

**Summary**

| | |
|---|---|
| Fees | 61,348.00 |
| Expenses | 0.00 |
| Total Current Billing | $61,348.00 |
| Previous Balance Due | 0.00 |
| Payments Received | $0.00 |
| **Total Amount Due:** | **$61,348.00** |

MoloLamken LLP                                                                                      Page: 3

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13704
November 13, 2023

GPGC Ltd.
c/o Christopher Bailey
Stephenson Harwood (Singapore) Alliance
8 Marina Boulevard, #29-01
Marina Bay Financial Centre Tower 1
Singapore 018981

**REMITTANCE PAGE**
**For Services Through October 31, 2023**

3002-001: Republic of Ghana

| | |
|---|---:|
| Total Fees This Statement: | $61,348.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $61,348.00 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$61,348.00** |

**Please include Matter No. 3002-001 and Invoice No. 13704 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name:  MoloLamken LLP | Account Name:  MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13806
December 12, 2023

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through November 30, 2023**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|-------------|---|-------|
| 11/1/2023 | Kry | Review & respond to client comments to petition materials; update interest calculations; coordinate execution of Burke declaration; coordinate execution of Bamba declaration; emails with C. Bailey; call with C. Bailey; respond to inquiry. | 3.10 |
| 11/2/2023 | Kry | Emails with co-counsel re: declarations, outstanding items; prepare filing forms & circulate drafts to client; compile complete set of documents for C. Bailey review. | 1.50 |
| 11/3/2023 | Kry | Emails with client re: forms, disclosure statement, interest; revise C. Bailey declaration & emails re: execution of same; emails re: drafts for client; address interest rates issues; emails with client re: same. | 1.10 |
| 11/5/2023 | Kry | Finalize declaration, emails re: drafts & filing. | 0.30 |
| 11/6/2023 | Kry | Emails re: petition; respond to client inquiries; call with R. Crookenden; update interest calculations; compile final drafts for client; draft service materials. | 2.80 |
| 11/7/2023 | Kry | Implement L. Walker proofing edits; final proof of petition; prepare related materials for filing; revise & circulate draft service materials to co-counsel. | 1.50 |
| 11/7/2023 | Walker | Proof petition to enforce arbitral award. | 1.40 |
| 11/8/2023 | Kry | Emails re: status. | 0.20 |
| 11/9/2023 | Kry | Email re: status. | 0.10 |
| 11/16/2023 | Dayton | Phone conference with R. Kry re additional research question. | 0.10 |
| 11/16/2023 | Kry | Emails with Stephenson Harwood re: ▇▇▇; direction re: same; respond to question re: ▇▇▇▇▇▇▇. | 0.60 |
| 11/18/2023 | Dayton | Research re ▇▇▇▇▇▇▇. | 3.10 |
| 11/19/2023 | Dayton | Research re ▇▇▇▇▇▇▇; draft email to R. Kry summarizing results re same. | 2.40 |
| 11/20/2023 | Dayton | Follow-up research for R. Kry. | 1.20 |
| 11/20/2023 | Kry | Review L. Dayton research; follow-up questions to same; review responses. | 0.50 |
| 11/21/2023 | Kry | Review L. Dayton research; analysis re: ▇▇▇▇▇▇▇. | 1.00 |

MoloLamken LLP                                                                                          Page: 2

|  |  | Total Hours | 20.90 |
|---|---|---|---|
|  |  | Total Fees | $23,501.00 |

### **Timekeeper Summary**

| Lauren Dayton | 6.80 hours at 895.00/hr | 6,086.00 |
|---|---|---|
| Robert Kry | 12.70 hours at 1,250.00/hr | 15,875.00 |
| Lucas Walker | 1.40 hours at 1,100.00/hr | 1,540.00 |

### **Summary**

| Fees | 23,501.00 |
|---|---|
| Expenses | 0.00 |
| Total Current Billing | $23,501.00 |
| Previous Balance Due | 61,348.00 |
| Payments Received | $0.00 |
| **Total Amount Due:** | **$84,849.00** |

MoloLamken LLP

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13806
December 12, 2023

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through November 30, 2023**

3002-001: Republic of Ghana

| | |
|---|---:|
| Total Fees This Statement: | $23,501.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $23,501.00 |
| Previous Balance Due: | $61,348.00 |
| **Total Now Due:** | **$84,849.00** |

**Please include Matter No. 3002-001 and Invoice No. 13806 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13884
January 5, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through December 31, 2023**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|------|------|------|
| 12/1/2023 | Kry | Advise C. Bailey re: ███████████. | 0.50 |
| 12/18/2023 | Kry | Respond to C. Bailey inquiry re: service. | 0.30 |
| 12/20/2023 | Kry | C. Bailey email. | 0.10 |
| 12/26/2023 | Kry | Emails with C. Bailey. | 0.10 |
| | | Total Hours | 1.00 |
| | | Total Fees | $1,250.00 |

**Timekeeper Summary**

| | | |
|------|------|------|
| Robert Kry | 1.00 hours at 1,250.00/hr | 1,250.00 |

**Summary**

| | |
|------|------|
| Fees | 1,250.00 |
| Expenses | 0.00 |
| Total Current Billing | $1,250.00 |
| Previous Balance Due | 84,849.00 |
| Payments Received | $0.00 |
| **Total Amount Due:** | **$86,099.00** |

MoloLamken LLP

Page: 2

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13884
January 5, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through December 31, 2023**

3002-001: Republic of Ghana

| | |
|---|---|
| Total Fees This Statement: | $1,250.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $1,250.00 |
| Previous Balance Due: | $84,849.00 |
| **Total Now Due:** | **$86,099.00** |

**Please include Matter No. 3002-001 and Invoice No. 13884 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14000
February 13, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through January 31, 2024**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|--------------|---|-------|
| 1/5/2024 | Kry | Emails re: timing of submissions; updating of declaration. | 0.40 |
| 1/9/2024 | Kry | Emails re: ███; email with C. Bailey re: timing. | 0.30 |
| 1/10/2024 | Kry | Emails with C. Bailey re: timing, interest calculations. | 0.50 |
| 1/11/2024 | Kry | Emails with C. Bailey; update interest calculations; update other materials for filing; review revised materials for filing. | 1.50 |
| 1/12/2024 | Kry | Emails re: interest, drafts for filing. | 0.20 |
| 1/15/2024 | Kry | Emails with C. Bailey. | 0.10 |
| 1/16/2024 | Kry | Respond to C. Bailey email. | 0.50 |
| 1/17/2024 | Kry | Emails re: filing. | 0.20 |
| 1/18/2024 | Kry | Emails re: filing; prepare materials for filing; final review of filing papers. | 1.00 |
| 1/19/2024 | Kry | File petition; copies to C. Bailey. | 1.50 |
| 1/20/2024 | Kry | Update service affidavit; send to client. | 0.20 |
| 1/21/2024 | Kry | Respond to C. Bailey questions. | 0.50 |
| 1/22/2024 | Kry | Advise C. Bailey re: judicial assignment, prior relevant decisions; prepare service cover letter; coordinate service; review signed summons, circulate & update letter. | 1.30 |
| 1/23/2024 | Fay | Coordinate service of court filing. | 5.00 |
| 1/23/2024 | Kry | Email re: ███; coordinate service; review ███████ & advise client re: same; email client re: ██████████; file mailing affidavit & service packets; review service packets & coordinate delivery to court; advise client re: same. | 1.70 |
| 1/25/2024 | Fay | Confer with clerk's office & DHL re: confirming shipment to opposing party. | 1.50 |
| 1/25/2024 | Kry | Emails re: service. | 0.20 |
| 1/28/2024 | Kry | Respond to C. Bailey inquiry re: service. | 0.10 |
| 1/29/2024 | Fay | Confer with R. Kry & DHL customer service re: delivery confirmation. | 0.50 |
| 1/29/2024 | Kry | Advise client re: service; follow up re: same. | 0.40 |

MoloLamken LLP                                                                                    Page: 2

| 1/30/2024 | Kry | Draft & file return of service; advise C. Bailey re: same. | | 1.60 |
|---|---|---|---|---|
| | | | Total Hours | 19.20 |
| | | | Total Fees | $17,315.00 |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Natalie Fay | 7.00 hours at 295.00/hr | 2,065.00 | |
| Robert Kry | 12.20 hours at 1,250.00/hr | 15,250.00 | |

### Expenses

| Date | Category | Description | Amount |
|---|---|---|---|
| 1/19/2024 | Court Fees | R. Kry - DC Court fees | $405.00 |
| | | Total Costs | 405.00 |

| **Trust Account** | | Beginning Balance | $0.00 |
|---|---|---|---|
| 01/19/2024 | Transfer overpayment from Operating to Trust | | 84,829.00 |
| 01/19/2024 | Return overfunding of transfer from Operating to Trust | | (23,501.00) |
| 01/19/2024 | Adj overfunding returned to actual operating funds on hand | | (1,270.00) |
| | | Ending Balance: | $60,058.00 |

### Summary

| | |
|---|---|
| Fees | 17,315.00 |
| Expenses | 405.00 |
| Total Current Billing | $17,720.00 |
| Previous Balance Due | 146,157.00 |
| Payments Received | ($146,157.00) |
| **Total Amount Due:** | **$17,720.00** |

MoloLamken LLP                                                                              Page: 3

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14000
February 13, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through January 31, 2024**

3002-001: Republic of Ghana

| | |
|---|---|
| Total Fees This Statement: | $17,315.00 |
| Total Expenses This Statement: | $405.00 |
| Total Current Billing: | $17,720.00 |
| Previous Balance Due: | $146,157.00 |
| **Total Now Due:** | **$17,720.00** |

**Please include Matter No. 3002-001 and Invoice No. 14000 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name:  MoloLamken LLP | Account Name:  MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14125
March 12, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through February 29, 2024**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|-------------|--|-------|
| 2/1/2024 | Kry | Emails with C. Bailey. | 0.20 |
| | | Total Hours | 0.20 |
| | | Total Fees | $250.00 |

**Timekeeper Summary**

| | | | |
|--|--|--|--|
| Robert Kry | 0.20 hours at $1,250.00/hr | $250.00 |

**Summary**

| | |
|--|--|
| Fees | $250.00 |
| Expenses | $0.00 |
| Total Current Billing | $250.00 |
| Previous Balance Due | 103,819.00 |
| Payments Received | ($103,799.00) |
| **Total Amount Due:** | **$270.00** |

MoloLamken LLP

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14125
March 12, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through February 29, 2024**

3002-001: Republic of Ghana

| | |
|---|---:|
| Total Fees This Statement: | $250.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $250.00 |
| Previous Balance Due: | $103,819.00 |
| **Total Now Due:** | **$270.00** |

**Please include Matter No. 3002-001 and Invoice No. 14125 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info | Bank info |
| | |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14290
April 11, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through March 31, 2024**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|--------------|---|-------|
| 3/27/2024 | Kry | Respond to co-counsel questions re: status & next steps. | 0.50 |
| | | Total Hours | 0.50 |
| | | Total Fees | $625.00 |

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| Robert Kry | 0.50 hours at $1,250.00/hr | $625.00 |

**Summary**

| | |
|---|---|
| Fees | $625.00 |
| Expenses | $0.00 |
| Total Current Billing | $625.00 |
| Previous Balance Due | 17,970.00 |
| Payments Received | ($17,720.00) |
| **Total Amount Due:** | **$875.00** |

MoloLamken LLP                                                                      Page: 2

# ᴍʟ MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14290
April 11, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through March 31, 2024**

3002-001: Republic of Ghana

| | |
|---|---:|
| Total Fees This Statement: | $625.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $625.00 |
| Previous Balance Due: | $17,970.00 |
| **Total Now Due:** | **$875.00** |

**Please include Matter No. 3002-001 and Invoice No. 14290 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name:  MoloLamken LLP | Account Name:  MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14444
May 17, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through April 30, 2024**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|------|------|------|
| 4/3/2024 | Kry | Email client. | 0.10 |
| 4/22/2024 | Kry | Review show-cause order from court & advise client re: same. | 0.40 |
| 4/23/2024 | Kry | Prepare & file affidavit for default; send to client. | 0.60 |
| 4/24/2024 | Kry | Review entry of default; advise client re: same; coordinate service of same. | 0.30 |
| | | Total Hours | 1.40 |
| | | Total Fees | $1,750.00 |

**Timekeeper Summary**

| Robert Kry | 1.40 hours at $1,250.00/hr | $1,750.00 |
|------|------|------|

**Summary**

| Fees | $1,750.00 |
|------|------|
| Expenses | $0.00 |
| Total Current Billing | $1,750.00 |
| Previous Balance Due | $875.00 |
| Payments Received | ($250.00) |
| **Total Amount Due:** | **$2,375.00** |

MoloLamken LLP

Page: 2

# **M**L **MOLOLAMKEN**

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14444
May 17, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through April 30, 2024**

3002-001: Republic of Ghana

| | |
|---|---|
| Total Fees This Statement: | $1,750.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $1,750.00 |
| Previous Balance Due: | $875.00 |
| **Total Now Due:** | **$2,375.00** |

**Please include Matter No. 3002-001 and Invoice No. 14444 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14559
June 7, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through May 31, 2024**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 5/2/2024 | Kry | Check service status. | 0.10 |
| 5/3/2024 | Kry | Draft & file certificate of service re: default; circulate to client. | 1.00 |
| 5/4/2024 | Kry | Co-counsel email. | 0.10 |
| 5/10/2024 | Kry | Emails re: next steps. | 0.20 |
| 5/13/2024 | Kry | Coordinate call with Stephenson Harwood; call with same. | 0.60 |
| 5/24/2024 | Kry | Review show cause order & circulate to client. | 0.30 |
| 5/26/2024 | Kry | Staffing. | 0.30 |
| 5/27/2024 | Kry | Respond to client inquiry; compile materials, direction to S. Tofighbakhsh. | 1.20 |
| 5/27/2024 | Tofighbakhsh | Emails with R. Kry re: motion for default judgment. | 0.10 |
| 5/28/2024 | Tofighbakhsh | Review and analyze background documents in preparation for drafting motion for default judgment. | 1.40 |
| 5/29/2024 | Kry | Outline default judgment motion; prepare updated claim calculation; direction to S. Tofigbakhsh re: draft; emails with Stephenson Harwood re: payments on judgment. | 2.10 |
| 5/29/2024 | Tofighbakhsh | Review background materials; draft outline of motion for default judgment and open research questions; confer with R. Kry re: same; draft motion. | 3.20 |
| 5/30/2024 | Kry | Confer with client re: partial payments. | 0.60 |
| 5/30/2024 | Tofighbakhsh | Draft motion for default judgment. | 5.60 |
| 5/31/2024 | Kry | Email re: partial payments; draft supplemental Burke declaration re: same; update claim calculation. | 1.20 |
| 5/31/2024 | Tofighbakhsh | Draft motion for default judgment; conduct legal research on forfeited arguments in defaults. | 5.90 |

Total Hours   23.90

Total Fees   $22,180.00

MoloLamken LLP

## **Timekeeper Summary**

| | | |
|---|---|---|
| Robert Kry | 7.70 hours at $1,250.00/hr | $9,625.00 |
| Sara Tofighbakhsh | 16.20 hours at $775.00/hr | $12,555.00 |

## **Summary**

| | |
|---|---|
| Fees | $22,180.00 |
| Expenses | $0.00 |
| Total Current Billing | $22,180.00 |
| Previous Balance Due | $2,375.00 |
| Payments Received | $0.00 |
| **Total Amount Due:** | **$24,555.00** |

MoloLamken LLP                                                                                    Page: 3

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14559
June 7, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through May 31, 2024**

3002-001: Republic of Ghana

| | |
|---|---|
| Total Fees This Statement: | $22,180.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $22,180.00 |
| Previous Balance Due: | $2,375.00 |
| **Total Now Due:** | **$24,555.00** |

**Please include Matter No. 3002-001 and Invoice No. 14559 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14652
July 5, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**INVOICE**
**For Services Through June 30, 2024**

3002-001: Republic of Ghana

**Professional Fees**

| Date | Professional | | Hours |
|------|------|------|------|
| 6/1/2024 | Kry | Check declaration & interest calculation; send to client. | 1.20 |
| 6/1/2024 | Tofighbakhsh | Draft motion for default judgment, ancillaries; circulate same to R. Kry. | 6.10 |
| 6/3/2024 | Kry | Direction to S. Tofighbakhsh. | 0.20 |
| 6/3/2024 | Tofighbakhsh | Review and revise memorandum for motion for default judgment. | 0.90 |
| 6/4/2024 | Kry | Revise default judgment motion; revise Burke supplemental declaration, check & send for execution. | 6.70 |
| 6/5/2024 | Kry | Review & implement Stephenson Harwood comments; confer with same; compile exhibits for declaration; direction to S. Tofighbakhsh; implement client edits; review proposed order & judgment; revise notice of motion & declaration; address service issue. | 3.80 |
| 6/5/2024 | Tofighbakhsh | Draft ancillaries for motion for default judgment; confer with R. Kry re: same; circulate same to R. Kry; coordinate with C. Christoffersen re: cite checks to memorandum of law. | 2.30 |
| 6/6/2024 | Christoffersen | Cite check and finalize default judgment memo; prepare service packet. | 5.20 |
| 6/6/2024 | Kry | Emails re: declaration; amend draft; finalize declaration; coordinate re: service; review & implement cite check changes; review & revise tables; direction re: proofing. | 2.10 |
| 6/6/2024 | Tofighbakhsh | Emails with R. Kry re: finalizing motion for filing; confer with C. Christoffersen re: cite checks and implement same into brief; proof motion and ancillaries and circulate mark ups to R. Kry; compile previously filed documents for service packet to be mailed by C. Christoffersen; confer with same re: service. | 3.60 |
| 6/7/2024 | Christoffersen | Finalize memo; prepare package for service. | 1.80 |
| 6/7/2024 | Myers | Proof default judgment motion; correspond with S. Tofighbakhsh re: same. | 1.10 |
| 6/7/2024 | Kry | Check & finalize declaration; implement proofing edits; final proof of all materials; electronic filing of materials; coordinate service; circulate to client. | 2.80 |
| 6/7/2024 | Tofighbakhsh | Confer with J. Myers re: proof of memorandum; circulate proof to R. Kry; confer with C. Christoffersen re: service packet; confer with R. Kry re: filing of motion; coordinate with C. Christoffersen to serve as-filed motion and referenced documents by mail. | 0.80 |

MoloLamken LLP                                                                    Page: 2

| 6/8/2024 | Kry | Respond to client inquiry re: next steps. | 0.30 |
|---|---|---|---|

|  |  |
|---|---|
| Total Hours | 38.90 |
| Total Fees | $34,910.00 |

## Timekeeper Summary

| Charlie Christoffersen | 7.00 hours at $295.00/hr | $2,065.00 |
|---|---|---|
| Robert Kry | 17.10 hours at $1,250.00/hr | $21,375.00 |
| Jackson Myers | 1.10 hours at $775.00/hr | $852.50 |
| Sara Tofighbakhsh | 13.70 hours at $775.00/hr | $10,617.50 |

## Expenses

| Date | Category | Description | Amount |
|---|---|---|---|
| 6/5/2024 | Court Fees | R. Kry - Court fees 6/4 re: DC District Court GPGC | $100.00 |
|  |  | Total Costs | $100.00 |

## Summary

| Fees | $34,910.00 |
|---|---|
| Expenses | $100.00 |
| Total Current Billing | $35,010.00 |
| Previous Balance Due | $24,555.00 |
| Payments Received | $0.00 |
| **Total Amount Due:** | **$59,565.00** |

MoloLamken LLP                                                                          Page: 3

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14652
July 5, 2024

Trafigura Pte Ltd
10 Collyer Quay
#29-01/05 Ocean Financial Centre
Singapore 049315

**REMITTANCE PAGE**
**For Services Through June 30, 2024**

3002-001: Republic of Ghana

| | |
|---|---:|
| Total Fees This Statement: | $34,910.00 |
| Total Expenses This Statement: | $100.00 |
| Total Current Billing: | $35,010.00 |
| Previous Balance Due: | $24,555.00 |
| **Total Now Due:** | **$59,565.00** |

**Please include Matter No. 3002-001 and Invoice No. 14652 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info | Bank info |
| Routing Number: | Routing Number: |
| Account Number: | Account Number: |
| | International SWIFT: |