# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GPGC LIMITED,<br><br>                       Petitioner,<br>v.<br><br>THE GOVERNMENT OF THE<br>REPUBLIC OF GHANA,<br><br>                       Respondent. | No. 1:24-cv-00169-JEB |

## **[PROPOSED] ORDER**

Upon consideration of the motion for attorney's fees and expenses filed by petitioner GPGC Limited, the Court hereby orders:

(1) The motion is GRANTED;

(2) Petitioner GPGC Limited is awarded attorney's fees and expenses against respondent The Government of the Republic of Ghana in the amount of USD $147,219.50; and

(3) Respondent The Government of the Republic of Ghana shall promptly pay to petitioner GPGC Limited the foregoing amount no later than 30 days from the date of this Order.

**SO ORDERED.**

Date: _____                            _____
                                                                              Honorable James E. Boasberg
                                                                               United States District Judge

NOTICE TO:

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave. N.W., Suite 500
Washington, D.C. 20037
(202) 556-2011

*Attorney for Petitioner*


The Government of the Republic of Ghana
Hon. Shirley Ayorkor Botchwey
Minister for Foreign Affairs and Regional Integration
Ministry of Foreign Affairs and Regional Integration
Flat 5 Agostinho Neto Rd.
Accra, Ghana

*Respondent*